**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

| | |
|---|---|
| **WILLIAM J. MALLEN and** | ) |
| **STEVEN H. MALLEN,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **CITY OF BOSTON/BOSTON** | ) |
| **PUBLIC SCHOOLS and** | ) |
| **ANTHONY POMELLA,** | ) |
| | ) |
| **Defendants.** | ) |

**Civil Action No.: 05cv10243 RGS**

## NOTICE OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Alissa Ocasio as attorney for Defendants, City of

Boston/Boston Public Schools and Anthony Pomella, in connection with this matter.


Date:   February 11, 2005

Respectfully submitted,
Defendants,
City of Boston/Boston Public Schools
And Anthony Pomella,
By Their Attorney,
Merita Hopkins, Corporation Counsel


By:   _____
Alissa Ocasio, BBO#645272
Assistant Corporation Counsel
Boston Public Schools
26 Court Street, 7th Floor
Boston, MA  02108
(617) 635-9320

## <u>CERTIFICATE OF SERVICE</u>

I, Alissa Ocasio, hereby certify that a true copy of the above document was served upon counsel for the Plaintiffs by mail this 11th day of February, 2005.

_____
Alissa Ocasio