MAS-20030912  
leakes  
Case 1:05-cv-10243-RGS   Document 5   Filed 02/23/2005   Page 1 of 3  
Commonwealth of Massachusetts  
SUFFOLK SUPERIOR COURT  
Case Summary  
Civil Docket  
02/22/2005  
01:06 PM



05cv10243RGS

# SUCV2004-05403
## Mallen et al v Boston Public Schools of City of Boston et al

| | | | | |
|---|---|---|---|---|
| **File Date** | 12/13/2004 | **Status** | Disposed: transfered to other court (dtrans) | |
| **Status Date** | 02/09/2005 | **Session** | F - Civil F | |
| **Origin** | 1 | **Case Type** | B99 - Misc tort | |
| **Lead Case** | | **Track** | F | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Service** | 03/13/2005 | **Answer** | 05/12/2005 | **Rule12/19/20** | 05/12/2005 |
| **Rule 15** | 05/12/2005 | **Discovery** | 10/09/2005 | **Rule 56** | 11/08/2005 |
| **Final PTC** | 12/08/2005 | **Disposition** | 02/06/2006 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**  
Steven H Mallen  
Active 12/13/2004

**Private Counsel 561160**  
James F Champa  
1 McKinley Sq  
6th Floor  
Boston, MA 02109-1814  
Phone: 617-523-1885  
Fax: 617-523-7441  
Active 12/13/2004 Notify

**Plaintiff**  
William J Mallen  
Active 12/13/2004

*** See Attorney Information Above ***

**Defendant**  
Boston Public Schools of City of Boston  
Served: 01/18/2005  
Served (answr pending) 01/25/2005

**Private Counsel 629160**  
Robyn Andrea Porter  
26 Court Street  
7th Floor  
Boston, MA 02108  
Phone: 617-635-9320  
Fax: 617-635-9327  
Active 02/09/2005 Notify

**Defendant**  
Anthony Pomella  
Service pending 12/13/2004

(Filed stamp: U.S. DISTRICT COURT DISTRICT OF MASS 2005 FEB 23 P 12:54 FILED CLERKS OFFICE)

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 12/13/2004 | 1.0 | Complaint & jury demand on complainy (all issues) |
| 12/13/2004 | | Origin 1, Type B99, Track F. |

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2004-05403
### Mallen et al v Boston Public Schools of City of Boston et al

| Date | Paper | Text |
|---|---|---|
| 12/13/2004 | 2.0 | Civil action cover sheet filed |
| 01/25/2005 | 3.0 | SERVICE RETURNED: Boston Public Schools of City of Boston(Defendant) (in hand) |
| 02/08/2005 | | Certfied copy of Petition for removal to the US Dist court of deft City of Boston/ Boston Public Schools (US Dist#05-10243RGS) |
| 02/09/2005 | | Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 04-5403F

William J. Mallen & Steven H. Mallen, Plaintiff(s)

v.

City of Boston/
Boston Public Schools & Anthony Pomella, Defendant(s)

## SUMMONS

Anthony Pomella
170 Steamboat Drive, Marshfield, MA   02050

To the above-named Defendant:

You are hereby summoned and required to serve upon  James F. Champa
CHAMPA & POWERS, P.A.
plaintiff's attorney, whose address is One McKinley Square, Boston 02109, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse io, Esquire, at Boston, the  2nd  day of February, in the year of our Lord two thousand and Five.

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.



FORM CIV.P. 1 3rd Rev.