UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM J. MALLEN and<br>STEVEN H. MALLEN,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF BOSTON/BOSTON<br>PUBLIC SCHOOLS and<br>ANTHONY POMELLA,<br><br>    Defendants. | Civil Action No.: 05cv10243 RGS |

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' COMPLAINT**

The Defendants, the City of Boston/Boston Public Schools and Anthony Pomella, move this Honorable Court, pursuant to F.R.C.P. 12(b)(1) and 12(b)(6), to dismiss with prejudice Plaintiffs' Complaint for lack of subject matter jurisdiction and for failure to state a cause of action upon which relief can be granted. In support of this Motion, Defendants submit a Memorandum of Law in Support of this Motion to Dismiss which is enclosed herewith and incorporated herein.

WHEREFORE, Defendants respectfully request that this Honorable Court dismiss with Prejudice Plaintiffs' Complaint for lack of subject matter jurisdiction and for failure to state a cause of action, and grant such further relief deemed just and proper.

**REQUEST FOR ORAL ARGUMENT**

Defendants request oral argument on the issues contained within this Motion to assist the Court.

Date: Match 1, 2005					Respectfully Submitted,
							Defendants,
							By Their Attorney,
							Merita Hopkins, Corporation Counsel


					By:	**/s/  Alissa Ocasio**
							Alissa Ocasio, BBO# 645272
							Assistant Corporation Counsel
							Boston Public Schools
							Office of Legal Advisor
							26 Court Street, 7th Floor
							Boston, MA 02108
							(617) 635-9320


## **CERTIFICATE OF SERVICE**

I, Alissa Ocasio, hereby certify that a true copy of this document was served upon Attorney for Plaintiffs, James F. Champa, Esq., One McKinley Square, 6th FL, Boston, MA 02109 via electronic filing on March 1, 2005 and via U.S. mail on March 2, 2005.


					**/s/  Alissa Ocasio**