UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

WILLIAM J. MALLEN, ET AL

    V.                              CIVIL ACTION NO. 05-10243-RGS

CITY OF BOSTON PUBLIC SCHOOLS

## NOTICE OF HEARING

STEARNS, DJ.                                    MARCH 28, 2005

    A HEARING* IN THE ABOVE-ENTITLED ACTION IS HEREBY SCHEDULED FOR:

    WEDNESDAY, JUNE 15, 2005 AT 3:15 P.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

    SO ORDERED.

                                            RICHARD G. STEARNS
                                            UNITED STATES DISRTRICT JUDGE

    BY:

                                            /s/ Mary H. Johnson
                                              Deputy Clerk

*TO BE HEARD:   Motion to Dismiss (#8).