UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**WILLIAM MALLEN**

    **V.**                                           **CIVIL ACTION NO. 05-10243-RGS**

**CITY OF BOSTON, ET AL**

## NOTICE OF RESCHEDULING

**STEARNS, DJ.**                                                                                    **MAY 6, 2005**

**THE HEARING IN THE ABOVE-CAPTIONED ACTION, , PRESENTLY SCHEDULED FOR JUNE 15, 2005, IS HEREBY RE-SCHEDULED TO:**

<u>**WEDNESDAY, AUGUST 17, 2005 AT 2:30 P.M.**</u>

**BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.**

    **SO ORDERED.**

                                                          **RICHARD G. STEARNS**
                                                          **UNITED STATES DISTRICT JUDGE**

                        **BY:**

                                            **/s/ Mary H. Johnson**
                                                **Deputy Clerk**