UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10243-RGS

STEVEN H. MALLEN
and
WILLIAM J. MALLEN

v.

CITY OF BOSTON/ BOSTON PUBLIC
SCHOOLS
and
ANTHONY POMELLA

ORDER ON REMAND

August 17, 2005

STEARNS, D.J.

This case is before the court after having been removed from the Suffolk Superior

Court on federal question grounds.  Count III of the Complaint alleges a claim under the

federal Whistleblower Protection Act of 1989, 5 U.S.C. § 2302.  To sustain a claim under

the Act a plaintiff must be "an employee in, or applicant for, a covered position in an

'agency'...or a Government corporation as defined in section 9101 of title 31."  5 U.S.C. §

2302(A)(xi).  "Agency" is defined as "an Executive Agency and the Government Printing

Office." 5 U.S.C. § 2302(a)(2)(C).  A list of federal agencies is provided as the definition of

"Government corporation" in 31 U.S.C. § 9101.  It being undisputed that plaintiffs were not

federal employees, but employees of the City of Boston at the time the claim is alleged to

have accrued, the court must DISMISS Count III.

As the foundational federal claim has been dismissed, the court will decline jurisdiction over the pendent state law claims and will ORDER that the case be REMANDED to the Suffolk Superior Court. See Camelio v. American Federation, 137 F.3d 666, 671 (1st Cir. 1998).

SO ORDERED.

/s/ Richard G. Stearns

_____

UNITED STATES DISTRICT JUDGE